# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| HOLLY LYONS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-00170-CG-N |
| | ) |
| BEEF 'O' BRADY'S, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

The Plaintiff having filed a Stipulation of Dismissal with Prejudice (Doc. 30) advising that settlement contemplated by the joint settlement agreement has been completed, it is **ORDERED** that this matter is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 20th day of November, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE